ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sanford Federal, Inc. | ) ASBCA No. 63285 |
| | ) |
| Under Contract No. W911SD-22-P-0048 | ) |

APPEARANCE FOR THE APPELLANT:     Andrew Gillman, Esq.
                                    Whitcomb, Selinsky, PC
                                    Denver, CO

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                    Army Chief Trial Attorney
                                    MAJ Chris C. Walton, JA
                                    Michael McDermott, Esq.
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 15, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

        I certify that the foregoing is a true
copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in
ASBCA No. 63285, Appeal of Sanford Federal, Inc., rendered in conformance with the
Board's Charter.

Dated:  August 15, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals